IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                          CRIMINAL NO. 2:07-00062-01

**ERIC DEWAYNE ROBERTS**

## MEMORANDUM OPINION AND JUDGMENT ORDER

Pending before the court is defendant's motion, brought pursuant to 18 U.S.C. § 3582(c)(2), asking the court for a reduction in his sentence based on a subsequent reduction in the applicable sentencing guideline. (Doc. # 94). On November 1, 2010, pursuant to the Fair Sentencing Act of 2010, the United States Sentencing Guidelines were amended resulting in reductions in the guidelines in Section 2D1.1 for cocaine base. These temporary, emergency amendments to the Guidelines took effect on November 1, 2010. Permanent amendments implementing the Act were promulgated on April 6, 2011, with an effective date of November 1, 2011. Subsequently, the Sentencing Commission voted to give retroactive effect to the permanent amendments. Pursuant to a Standing Order entered on October 7, 2011, this case was designated for Expedited consideration.

The Court has received and considered the original Presentence Investigation Report (PSI), original Judgment and Commitment Order and Statement of Reasons, addendum to the PSI received from the Probation Office, and any materials submitted by the parties on this issue. The Court has also considered the

applicable factors under 18 U.S.C. § 3553(a), consistent with § 3582(c)(2), and public safety.

The United States has indicated that it does not object if defendant's sentence is reduced to 120 months, the statutory minimum.

Based on the foregoing considerations, defendant's motion is **GRANTED** and the Court **ORDERS** that Defendant's offense level be reduced by four levels, resulting in a new total offense level of 24. It is further **ORDERED** that Defendant's previous sentence be reduced to 120 months, the mandatory minimum sentence. This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c).

The Clerk is DIRECTED to send a copy of this Memorandum Opinion and Judgment Order to defendant, the Federal Public Defender, counsel of record, the United States Marshal for the Southern District of West Virginia, and to the United States Probation Office for forwarding to the Sentencing Commission and Bureau of Prisons.

It is SO ORDERED this 14th day of August, 2012.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge